**SO ORDERED.**

**SIGNED this 4 day of August, 2020.**



_____
**Austin E. Carter
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| ALLEN, JR, MILO. (L4SSN: 6276) | CASE NO. 19-10760 |

CONSENT ORDER ON DEBTOR'S MODIFICATION OF PLAN

It appearing to the Court that the debtor has filed a modification to his Chapter 13 plan; and the Chapter 13 trustee having filed an objection to that modification; and all parties having reached an agreement as is indicated by their signatures below; it is hereby

ORDERED that the debtor's modification is allowed as filed with the exception that the plan payment will be $494.00 per month; also, the allocation to Wells Fargo/PHH Mortgage increases to $426.00 per month.

CONSENTED TO:
/s/ Charles R. Hunt                                          /s/ Jon DeLoach
Charles R. Hunt, Attorney for Debtor            "for" Kristin Hurst, Trustee

End of Document

**Document Prep. By:** CHARLES R. "CHAD" HUNT ❖ Bar **Ga**. 0378493 ❖ 112 East Lee Street, Dawson, Georgia 39842 ☎
**Fax** Available on Request  **Ph.**(229)995-4868

Z:\Shared Files\BNK-PLANS\BNK-PLANS\bnkpoc\CONSENT ORDERS\AllenMilo.COmodpln.wpd